# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### INDEX OF CASES DOCKETED

Brown v. Darby School Dist.......... 19016
Bucyrus v. Kappenberger ............ 19020
Carter v. Campbell .................. 19014
City View Apt. Co. v. Ziliox.......... 19017
CCC. St. L. R. Co. v. Potter........... 19015
Howard v. Howard ................. 19021
Kauff v. State ...................... 19013
Newark Cons. Gas. Co. v. Jones........ 19022
State v. Hess ....................... 19018
Wreath v. Kuehn .................... 19019

### March 11, 1925

19013—Benny Kauff v. State of Ohio. Fairfield App. Motion to cert. F. N. Redfern, Adelphi, and Ben R. Dolson, Lancaster, for Plff; S. G. Dutton, Pros. Atty., Lancaster, for deft.

### March 12, 1925

19014—A. C. Carter v. Warren C. Campbell. Cuyahoga App., motion to cert. Ralph Blue, Cleveland, for plff; Calfee, Fogg & White, Cleveland, for deft.

19015—Cleveland, Cinc., Chi. & St. L. Ry. Co. v. Henry Potter. Cuyahoga App., motion to cert. S. H. West, D. G. Jeager and C. C. Handy, Cleveland, for plff; Anderson & Lamb and J. J. Tetlow, Cleveland, for deft.

19016—Harvey Brown v. B. E. of Darby Rural School District. Union App., motion to cert. Milo L. Myers, Marysville, for plff; Knepper & Wilcox, Columbus, for deft.

### March 13, 1925

19017—City View Apartment & Storage Co. v. Samuel F. Ziliox. Summit App., motion to cert. Burch, Bacon & Denlinger and Willis Bacon, Akron, for ptff; Slabaugh, Young, Huber & Guinther, Akron, for deft.

19018—State of Ohio ex rel Edward Hess and Union Savings Bank & Trust Co. as trustees of Gambrinus Stock Co. v. Willam F. Hess, Aud. Error to the Hamilton App. Taft, Stettinius & Hollister, Cincinnati, for ptffs.; Chas. S. Bell, and Louis Schneider, Pros. Atty., Cincinnnati, for deft.

### March 14, 1925

19019—Marion I. Wreath v. Lillian K. Kuehn. Lucas App., motion to cert. Southard, Rowe & Williams, Toledo, for ptff; Calkins, Storey & Nye, Toledo, for deft.

### March 16, 1925

19020—Bucyrus Provident Co. v. E. J. Knappenberger. Motion to cert., Crawford App. O. W. Kennedy, and Benj. Meck, Bucyrus, for ptff.; L. G. Feighner, Bucyrus, for deft.

19021—William Howard v. Ida Howard. Cuyahoga App., motion to file motion to cert. out of rule. Gurney, Gurney & Gurney, for plaintiff.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED
### TUESDAY, MARCH 17, 1925
### GENERAL DOCKET

For Index of these cases, see last page of cover.

For opinions, see post, page 185.

18601—C. C. C. & St. L. Ry. Co. v. McKenzie Lumber Co.; error to Delaware Appeals. Judgment affirmed. Marshall, C. J., Allen, Kinkade and Robinson, JJ., concur. Matthias, J., dissents. Dock. 5-21-24, 3 Abs. 356; OS. Pend case, 2 Abs. 725.

18611—Theodore S. Wonderly, Gdn., v. Tax Commission; error to Seneca Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-26-24.

18680—Butterick Pub. Co. v. Maurice Smith et al.; error to Hamilton Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-27-24; OS. Pend. case, 2 Abs. 533.

18744—American Export and Inland Coal Corp. v. Matthews-Addy Coal Co.; error to Hamilton Appeals. Judgment affirmed. Matthias, Day, Kinkade and Robinson, JJ., concur. Marshall, C. J., dissents. Jones, J., took no part in the case.

18753—Houston Bingham v. Nypano R. R. Co.; error to Marion Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, concur. Dock. 8-13-24; 2 Abs. 498.

18757—Edith I. O'Brien, Admrx., v. Mary O'Brien et al.; error to Lucas Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., took no part in the case. Dock. 8-13-24.

18803—In re Exceptions; State v. Annora B. Yeoman; exceptions to Morrow Common Pleas Court. Exceptions sustained. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 10-28-24, 2 Abs. 674; OS. Pend., 2 Abs. 757.

### MOTION DOCKET

For Index of these cases, see last page of cover.

18811—W. E. Richey et al. v. Albert Brett, Rec.; motion to Cuyahoga Appeals to certify. On rehearing. Allowed. Dock. 11-4-24; OA., 2 Abs. 760.

18811—W. E. Richey et al. v. Albert Brett, Rec.; motion by deft. to dismiss pet. err. as of